UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:17-cv-60097-DPG

WILLIAM FARBMAN,

    Plaintiff,

v.

TRANSWORLD SYSTEMS INC.

    Defendant.
_____/

### OFFER OF JUDGMENT

TO: PLAINTIFF ABOVE-NAMED:

Pursuant to Rule 68, Fed. R. Civ. P., and without admitting any liability, Defendant, Transworld Systems, Inc. (TSI), hereby offers to allow judgment to be taken against it in favor of Plaintiff, William Farbman (Plaintiff) as follows:

1. The party making the Offer of Judgment is TSI;

2. The Offer of Judgment is being made to Plaintiff, William Farbman;

3. Without admitting any liability, judgment shall be entered against TSI for statutory and actual damages in the amount of $1,001 for TSI's alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, the Florida Consumer Collection Practices Act, Florida Statutes § 559.55, *et seq.*, and any other violations Plaintiff alleged in this lawsuit against TSI;

4. Without admitting any liability, the Judgment entered shall also include an amount for reasonable costs and attorney's fees with respect to the claims against TSI.

1

Reasonable costs and attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by Plaintiff's counsel;

5. Without admitting any liability, the Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against TSI, and said judgment shall have no effect whatsoever except in settlement of those claims;

6. This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that TSI is liable in this action, or that Plaintiff has suffered any damages; and

7. In accordance with Rule 68, if Plaintiff does not accept this Offer of Judgment within fourteen (14) days after service of the Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If Plaintiff does not accept this Offer of Judgement, and the judgment finally obtained by Plaintiff is more favorable than this Offer, then Plaintiff must pay his costs incurred after this offer, as well as TSI's costs, as allowed by the law of this District.

ACCEPTED: *William Farbman*
WILLIAM FARBMAN

DATE: 5/1/2017

Respectfully submitted,

/s/ Ashley N. Rector
Ashley N. Rector, Esq.
Florida Bar No. 0106605

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:   jibrael@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:   954-907-1136
Fax:      855-529-9540