UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  0:17-cv-60097-DPG

WILLIAM FARBMAN**,**

      Plaintiff,

      v.

TRANSWORLD SYSTEMS INC.

      Defendant.
_____/

### JOINT NOTICE OF AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

Plaintiff, William Farbman (plaintiff), and defendant, Transworld Systems, Inc. (TSI) (jointly referred to herein as parties), by and through their undersigned counsel, hereby submit this Joint Notice of Agreement as to Attorney's Fees and Costs and state as follows:

1. On May 5, 2017, plaintiff filed a Notice of Acceptance of Offer of Judgment, which stated judgment shall be entered against TSI for statutory and actual damages in the amount of $1,001, and the judgment shall also include an amount for reasonable costs and attorney's fees.  Doc. 17.

2. The parties have reached an agreement between themselves with regard to the amount of reasonable costs and fees to be paid for the judgment in this matter.

3. Defendant will pay plaintiff $1,001.00 plus the agreed-upon amount for reasonable costs and fees.

4. Upon receipt of the agreed-upon funds, plaintiff will file a Satisfaction of

1

Judgment with the Court.

Dated: May 18, 2017

| | |
|---|---|
| */s/ Jibrael S. Hindi, Esq.* | */s/ Ashley N. Rector* |
| Jibrael S. Hindi, Esq. | Ashley N. Rector, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106605 |
| The Law Offices of Jibrael S. Hindi | Dayle M. Van Hoose, Esq. |
| 110 SE 6th Street, Suite 1744 | Florida Bar No. 0016277 |
| Ft. Lauderdale, FL 33301 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Telephone: (954) 907-1136 | 3350 Buschwood Park Drive, Suite 195 |
| Facsimile: (855) 529-9540 | Tampa, Florida 33618 |
| jibrael@jibraellaw.com | Telephone: (813) 440-5327 |
| | Facsimile: (866) 466-3140 |
| */s/ Thomas J. Patti* | arector@sessions.legal |
| Thomas J. Patti, Esq. | dvanhoose@sessions.legal |
| Florida Bar No. 118377 | |
| Thomas-John Law, P.A. | *Attorneys for Defendant* |
| 110 SE 6th Street, Suite 1700 [Coming Soon] | |
| Ft. Lauderdale, FL 33301 | |
| Telephone: (954) 543-1325 | |
| Facsimile: (954) 507-9975 | |
| tpatti@thomasjohnlaw.com | |

*Attorneys for Plaintiff*